FILED

2008 AUG 18 P 2:47

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JOSEPH GORBECKI** | : Case No. 3:08-CV 00397 (PCD) |
| **Plaintiff** | |
| **VS.** | : |
| **MERCEDES BENZ OF SARASOTA,** | : |
| **MERCEDES BENZ FINANCIAL and** | |
| **SRA ASSOCIATES** | : |
| **Defendants** | |

## REPLY TO COUNTERCLAIM

Plaintiff hereby replies to the Counterclaim of defendant, Mercedes Benz Financial (hereinafter referred to as "DCFS") dated April 15, 2008 as follows:

15. Admitted.

16. Admitted.

17. Admitted.

18. Denied.

19. Plaintiff lacks knowledge to form a belief as to the allegations of this paragraph. To the extent a response is required, these allegations are denied.

20. Denied.

21. Admitted.

22. Denied.

23.  Denied.

THE PLAINTIFF

BY: _____
Gerald Hecht
GERALD HECHT & ASSOCIATES
30 Main Street, Suite 202
Danbury, CT 06810
(203)792-3203
~~Firm Juris No. 100651~~  ct00459
e-mail: ghechtlaw@aol.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed on August 15, 2008 to the following:

Richard Maider, Esq.
Deily, Mooney & Glastetter, LLP
8 Thurlow Terrace
Albany, NY 12203

_____
Gerald Hecht
Commissioner of Superior Court